**Order entered September 1, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00691-CV

**THE UNIVERSITY OF ALABAMA, Appellant**

**V.**

**THE SUDER FOUNDATION, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08295**

## ORDER

We **GRANT** appellant's unopposed motion to extend time to file reply brief and

**ORDER** the brief be filed no later than September 22, 2016.


/s/      ELIZABETH LANG-MIERS
JUSTICE